IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 28  A  9: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Danny W. Pickard  245939
_____
**Full name and prison number
of plaintiff(s)**

v.

Jot Moore
_____

_____

Doc @ Russell Co. Detention Cen
Mrs - Riley Nurse
_____

**Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 3:07-cv-270-MHT
(To be supplied by Clerk of
U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action?  YES ( )  NO (X)

B.    Have you begun other lawsuits in state or federal court
relating to your imprisonment?  YES ( )  NO (X)

C.    If your answer to A or B is yes, describe each lawsuit
in the space below.  (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if
state court, name the county) _____

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example:  Was the case dismissed?
Was it appealed?  Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT  *Russell County Den-
Tion Center*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  *Russell
County Dention Center*

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1.  *A Sgt Moore        Russell county Detention center*

2.  ~~_____~~  *"      "      "      "*

3.  *Russell Co COS*  *"      "      "      "*

4.  _____

5.  _____

6.  _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED  *1/22/23/07*

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  *I WAS beaten until I
thought I was Literally gone*

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.   (State as best you can the time, place and manner and person involved.)**

Be Killed, Sgt Moore sprayed my face full of Mace, slapped me with his steal Black jack & Busted My head, Kept on Spraying & Beating until I passed out 1-22-07

**GROUND TWO:** 4 or 5 of Russell county deputies beat me down Kicke 2 of my front teeth out

**SUPPORTING FACTS:** Witness saw this, 1-22-07 Hospital sewed me up, The whole jail witnessed my face after moore got thru, as did a good honorable Judge greene

**GROUND THREE:** They (Russell Co. Medical stuff) have denied me Medical help they seem to ingore

**SUPPORTING FACTS:** My request, even though my nerves are shot, I have extreme head acks, anxiety, dizzyness I had 2 siezures they've ingored them also, passed 3 kidney stones with out as much as an aspirin in the day time.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I want sgt Moore suspended with out pay.
I want Vendication in the amount to
cover what ever expensies I might have
when I do get to see a real neurolgist

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ____3/23/07____
                    (Date)

Signature of plaintiff(s)

I swear all statements to be true
as I remember them,

3 wittnesses who seen she beating

① Clenton Trammell
② Sam Colta
③ Jeffrey Harold
④ Mr. goodman — Nurses' aid wittnessed nurse
throwing away my request Forms, + begging for
Medical + Dental Help, with not 1 response

4

Danny Pickard
Russell County Jail
P.O. Box 640
Phenix City, AL 36868

MONTGO     3
27 MAR

UNITED STATE DiStRict CouRT
middle DiStRiCT of ALABAMA
Office of the Clerk
P/O Box 711
MontgomeRy, ALABAMA
36101 - 0711

3610140711

# Attachment

C-22
Russell Co. Jail.                    I

Continued Grievance

Date of crime 1-22-07

* I had been drinking for about a week, I was beginning to sober up + started going into DT's. I called an ambulance out to my self. They sent the Russell Co police out first. then the ambulance. I was taken to summit Hospital, Im sure the doctors there hadnt had to much experience with DT's. They were not giving me enough Medication + I went into DT's. And got Rowdy and scared them, so they called Russell Co. Police back to the hospital. They found an old warrant a Probation violation from Fla. on me. So I Ended up in Russell County Jail rather than win a Hospital.

* This is what I Remember happening 1/22/07 I went into DT's, right before we got to the Jail. I Dont know what I could of been Imagining, but when we got inside I remember being Kicked, Kneed Hit, pulled + slammed around, while my cloths were being torn off. I got 2 front teeth missing during this beating. I was drug around naked in Front of the female staff, and thrown in a cold holding Cell naked. Eventually After I settled down I went into DT's again, I thought I heard sirens + went to see what it was, I pushed on the door + it slid open, I walked out side of it + there was Sgt. Moore! I Turned + walked toward him I thought he was there to help me.

Russell Co Jail -
1/22/07                    II

Grievance II

* ALL of a sudden I get saturated in Mace.
then I feel A deadening pain across my Right
Eye. He has hit me with his steal club In ALL The
Blood, Mace, Slobber, I cant see or hear Anything
The cut is about 3/4 inch wide & about 6" Long.
Around & across my right eye. I Immediately
Hit the floor begging him not to hit me Any
more. But it wasnt enough As far As He was
conceaned, He Kept spraying & swinging his bar
I Kept backing away, Cryin, Couldnt hardly see or
hear anything, Blood steady flowing. He Backed
me in a closet of some Kind. I grabbed at the
door. Tryin to close it, But he Kept sticking that
Bar in between it. STILL Spraying & Tryin to hit
me agine. I found some Kind of handle Was
poking at his club Trying to get him to go away

* I guess with all the bleeding, mace & fear I
passed out. I can remember thinking there going
To Kill me now & started praying, The whole time Sgt
Moore was on my back still trying to spray me
Again with his mace, Then it was the sheriff
that came in I believe. They thru me down on
the floor & handcuffed me from the back. Toting
me Like a suit case they Almost Tore my Arms
Loose. Kept banging my Knees tryin to get me to
WAIK, Like I Could After such a beating
twice. I was then toted out of the Jail —

Russell Co. Jail
C-22

III

Grievance III

And thrown in the back of a van.

\* I was then hauled to another Jail, was toted in there where there was a nurse for Russell Co on Duty. The Sheriff asked her about sewing it up she told him she couldn't do anything with this cut, It was to wide & to deep. So she was told to call another ambulance out to me. So we went back to the Hospital. We went in the back & out the back door, Im not sure I even signed in. They put about 25 staples in my head & around my eye. They dident even take time to do a scan to see if there was something else wrong. I guess the van was sent for cleaning because when we Left the hospital we were in the sheriffs car when we got to the Jail the sheriff jerked me out of the car, snatched me across his trunk & said if I said another word he would take off the other side of my head. As we entered the Jail I was stripped again & put in the holding cell. Sick cold, naked and sore. I was Left this way for 6 days

\* the nurse & other deputies that cleaned me up before the ambulance, was called held me down & cut all my hair off for no reason they washed most the blood off, put on a piece of a bandage on me, & we waited on the ambulance, I have no ideal why all this had to happen.

Russell Co. Jail
C-22

IV

Grievance

* Since all this has happened, I have been put in the back in Cell C. I have been denied Medical Attn. They just keep giving me the run around about it.

* Since the beating I have severe headacks Dizziness, My Memory slips more & more each day, My speech is slowed from the difficulty in Remembering simple words to complete a sentence. My Nerves are ruined, Always shaking & Jumpy, I sleep hardly any. Anxiety & Fear are over whelming. I broke off the stub of my tooth that was left from the 1st beating the other nite eating. Now'd also have an Extreme tooth ach. I can't get to the dewtist to get it pulled.

* My right eye brow is ½ inch lower than the left. When ever I see sgt. MOORE or hear him call my name, I see or hear Amosity in him, I am scared of having a replay of this agine. This is the only way I know I might protect my self, from the officers & haveing trauma later from this & no insurance or way of praying for medical attn.

Re... of

I

Last of Grievance

* CHIEF ALEXZANDER, I want to personally appeal to you professionalism and on you being a compassonite man. I was beaten ungodly for no reason.

I actually was scared for my life a couple times. Every time I hear or see Sgt. Moore, I shake in fear. Him & some of the other officiers seem to be holding on to a grudge.

* I feel that the appropriate action to be taken would be for Sgt. Moore & all accompaning officers be suspended without pay until futher investigation. I also know they were trying very hard to cover all this up. remember all they had on me was a hold for FIA.

* CHIEF, I also sir intend on self gradification with A. 1983 Federal Law suit form. I would also be grateful for your help with this. Of coarse not to exceed your duty & obligations to the SHERIFF and to your jail.

Thank you for your help
TW Rickard
C 22
2/24/07

# INMATE REQUEST SLIP

C-22

Name *Danny Ackard*          Date 3/1/07          LOCATION

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  Give to Jailer

*My racruis & anxiety are at a
high, I feel I am falling to
pieces, My medication has been
wrong I cant seem to get any
hep with it.
I need to see the night nurse
please*

(Do Not Write Below This Line – For Reply Only)

*Referred to Dr Wan*

Approved          Denied          Collect Call

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed

☐ Lieutenant          ☐ Chief Deputy          ☑ Sheriff

Date 3/3/7          Time Received 1908

Jailer

# INMATE REQUEST FORM
## Prentiss Griffith Detention Facility

C-22
LOCATION

Name Pickard Danny    Date 02/03/07

copies
sent
home

# MEDICAL

Nature of complaint or illness:

I have constantly been telling you of my head aches & of my anxeity, & wanted to tell you I need some professional help I think I am Losing or Lost partial sight in my Rt eye, besides the medication isn't working.

Sign here for consent
to be treated by health staff: D W Pickard

(Do Not Write Below This Line – For Reply Only)

DOCTOR ✔        DENTIST ☐        OTHER ✔

Date_____    Time Received _____

Officer _____