AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

**Danny Pickard**
Plaintiff

V.

**Sgt. Moore et al**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **3:07-CV-270-MHT**

I, **Danny W. Pickard**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Russell Co. Dention Center**

   Are you employed at the institution? **no**    Do you receive any payment from the institution? **no**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **$1,200⁰⁰ October 2006 self employed**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☒ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I work as a carpenter when I'm free Earn about $1,200⁰⁰ to $1,400⁰⁰ monthly when I can work, I've been in jail since 1/22/07 I don't know about work when I get out.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I was paying half the bills on my brother House, until Jailed

I declare under penalty of perjury that the above information is true and correct.

3/23/07                         /s/ D W Pickard
_____           _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

Danny W. Pickard         )
_____  )
_____  )
_____  )
       Plaintiff(s)      )
                         )
           v.            )
                         )
CARROLL CO. JAIL         )
Sgt. Moore               )
Sgt. Shed                )
_____  )
       Defendant(s)      )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Danny W. Pickard__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____D W Pickard_____
Plaintiff(s) signature



```
              SWANSON SERVICES CORPORATION
               BIRMINGHAM SERVICE CENTER
                  for RUSSELL COUNTY, AL
filled by  IOA                          delivered by
        ** Must show ID to receive Order **
Name         PICKARD, DANNY
Account # 245939                  Receipt # A122059
Order Slip # 151   - CSRRM.HM     Date 03/19/2007
Location
Bal After Order $0.00
Item  Qty   Description                     Cost Short

 2     1    INDIGENT KIT #1                  1.50

                                    Total   $1.50

I have checked and accepted this order with any
and all credits/shortages as indicated herein.

Signed  DWPickard
```