| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ashlea Mangum*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ashlea Mangum<br>C. Date of Delivery: 4-3-07 |
| 1. Article Addressed to:<br><br>Sgt. Moore<br>Russell County Jail<br>P O Box 640<br>Phenix City, AL 36868 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3:07CV270<br>C+PO   5/8/07 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7006 2760 0005 4873 9778 | |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540