**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Riley
   Russell County Jail
   P O Box 640
   Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Ashlei Mangum*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Ashlei Mangum   4-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:07CV270
   c/o P○   5/8/07

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)
   7006 2760 0005 4873 9785

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540