**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANNY W. PICKARD, #245939** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 3:07-cv-00270-MHT-WC** |
| | ) | |
| **SGT. MOORE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**MOTION FOR EXTENSION OF TIME**</u>

COME NOW Sgt. Moore, the Russell County Detention Center, and Nurse Riley, Defendants in the above styled cause, and move this Honorable Court for an extension of time of thirty (30) days to file their Answer and Special Report.  As the reason for so moving, the Defendants state that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected, and Defendants are in need of additional time in which to thoroughly address said claims.

WHEREFORE, the Defendants respectfully request an extension of thirty (30) days to file their Answer and Special Report.

Respectfully submitted this 2nd day of May, 2007.

s/Scott W. Gosnell
SCOTT W. GOSNELL Bar Number:  GOS002
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I will send notification of such filing to the following via United States Mail, postage prepaid, to:

Danny Pickard
AIS 245939
Russell County Jail
P. O. Box 640
Phenix City, AL  36868


                          **s/Scott W. Gosnell**
                          OF COUNSEL