IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| DANNY W. PICKARD, #245 939 | * |
| Plaintiff, | * |
| v. | *   3:07-CV-270-MHT |
| SGT. MOORE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2.  Defendants are GRANTED an extension from May 8, 2007 to June 7, 2007 to file their answer and written report.

Done, this 2nd day of May 2007.

                                                        /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE