In the United States District Court
For Middle District of Alabama
Eastern Division

Danny W. Pickard
v.
Sgt Moore Et, Al

Case No. 3:07-CV-270-MHT

## Response to Special Report..

* On or about 1/18/07 I was arrested by the Russell Co. Police dept. at the County Hospital, I was brought to Jail, I was beaten, my teeth kicked out & my hair cut off. Stripped and drug around naked in front of the female staff, I wasn't familiar enough with the CO's to have individual names!

### Defendants

* <u>SGT. PIERCE MOORE</u>.. after being locked down in the holding cell, I thought heard sirens so I got up went to the door, which opened at a touch I walked thru the door, turned & there was Sgt Moor all of a sudden there was mace everywhere, & then he slapped me across the head with his steal baton. I instantly hit the floor begging him (Sgt Moore) not to hit me agine.

But he didnt stop and I was backed all the way down the hall into a broom closet where I was pulling the door trying to close it to no avail, he kept his lil bar between it so it wouldnt close. I passed out then, when I came to, Sgt Moore was still on my back spraying mace trying to hurt me more, I was then drug out, thrown on the floor & he continued to hit me with that bar trying to get me to walk.

* C/O Wayne Smith (Don't have his statement)
* C/O Steven Wurst was called in to help and they & Sgt Moore kicked & beat me, especially on my knees trying to get me to walk, drug me out & threw me in the back of the van!

* Deputy Tim Watford on return from hospital drug me across the trunk of his car & stated as he pushed my head into his trunk if I spoke another word he would quote knock the other side of my head off. I was drug in the jail stripped again & stuck in the holding cell.

(3)

* <u>Nurse Tina Riley</u> After all the incidents occured up front she Nurse Tina Riley took over my medical needs, except when Dr. Warr, would order my blood pressure checked or temperature taken.

I complained of these head acks I was and am still having, lost of memory neuroursness and 3 major seizures.

When I told Mrs Riley about these she got concerned but still I recieved no other medical assistants. I am frightened to what extent this may end up being after I am released, who will take care of my medical bills or my dentil bills, Because they will not take the responsibility of them now.

<u>Wayne Smith</u> was called out to help Sgt Moore trying to keep me from locking my self in the broom closet. Was along for the hand cuffing & toting to the van!

I Danny Pickard swear that the above statements are true and I am competent to make this Affidavit  DWPickard

V

I affirm, to the best of my present knowledge that all information including the original compliant and all past statements are true and that I am compentent to make this sworn affidavit!

Danny W. Pickard  DWPickard 6/14/07

Sworn & subscribed before me this 14 Day of June, 2007

Notary Calvin Perry
Expire 6-25-08

IN the United States District Court
For The Middle District of Alabama
Eastern Division

Danny W. Pickard #245939
   Plaintiff
     V                          3:07-CV-270-MHT
Sgt. Moore et, AL.
   Defendants

Certificate of Service

Defendants Attorneys serverved
Webb & Eley P.C.

Danny Pickard
Russell Co. Jail
P/o Box 640
Phenix City Ala.
36868

MONTGOMERY AL 361
25 JUN 2007 PM
USA 41

36101+0711

Office of The Clerk
United States District Court
P/o Box 711
Montgomery
Alabama 36101-0711