I

UNITED STATES District Court
ALABAMA Middle District
EASTERN DIVISION

Danny W. Pickard
PLAINTIFF
VS                    # 3:07-CV-270-MHT
Sgt Moore Et:al

AMENDMENT TO COMPLIANT

I have these names of wittnesses who would come forward to testifie for me but I have no way to contact them without phone and I cant help my situation due to being incarsated myself.

Wittnesses — Clenton Trammeel
1216 Gammage Rd   Ph 334-333-2769
Eufaula Ala. 36027

Bobby Lewis Jr.
2061 Lee Rd. # 249
Smiths Ala. 36877

Jeffery Harold
Inmate Russell Co Jail
Po Box 640 Phenix City Ala.

II



Here is drawing of the Hall way & the place where they have Survalance Cameras If we could get the Film For the dates 1/18/07 + 1/22/07 we would have proof of who is telling the whole truth. Can I get an order for this or does an attorney have to special order it.?

III

IN The United States District Court
Middle District of ALABAMA
Eastern Division

Danny W. Ackard
Plaintiff
vs
Sgt Moore et al.,

3:07-CV-270 MHT

## STATEMENTS SHOWING REASON FOR Relief

\* ——— The very first reason is while I was up front in the holding cells I witnessed another man abused & beaten almost Identical to mine, and if something isn't done now! Sgt Moore is going to kill someone & having no matter what reason they are in the holding cell, wheather drunk or Mental disorder or some one just plain don't understand his commands & or doesn't get on the floor soon enough! another reason I seek relief is due never been treated so bad in all my life. He whips you physically, humilate you beyond your Imagination

IV

Complete demoralizes you, in public.

The second reason I feel I am deservant of relief is not only the physical damage he has done, including 4" scar over my right eye I have to live with. and the damage they done to my smile and teeth.

Not only this but my nerves suffer damage My Memory loss, which may never come back. The sezories I've had not knowing if or when that might happen again, but the worse is I was a confident decent looking hardworking self employed contractor which responibly took care of my bussiness for over 20 years, now I look terrible, I feel terrible head acks & nerveness, I've lost all my self esteem and my looks. If I'd taken Sgt Bussey & knocked out his front teeth and cut off all his hair and scared his head the way mine is what would he do to me? I am not sure I can start my life over again after I have experienced all this. Will you please help me. I honestly have confidence in the honorable Courts to comply and help me with what relief I deserve

Thank you!

DW Pickard

V

I Danny Pickard swear that the above statements are true and I am competent to make this affidavit

DANNY PICKARD  _DW Pickard_

Sworn to and subscribed before me this __14__ day of June 2007

Notary _Calw Perry_
Expire 6-25-08

VI

The defendants case is complete fabrication

* 1- How can a full grown 200 lb man run into a steal door knock half his head off and stand there bleeding and steady hollering what he's gonna do. I never ran into a steal door. I wasn't bleeding until I walked out and ran into Sgt Moore. After the scene they kept me in a holding cell, so I couldn't find out the names of the people who wittnessed some or all of it.

* 2. They told the doctor at the hospital they could easily take care of me and my D.T.s and they were not prepared for it either. If they can say I run around & into a steal door (which I dident) but if I had it was still their fault, they should of left me at the hospital.

* 3. In one part of there report they say I fixed the door and was trying to escape when it happened. A few pages back C.O. Smith states he unlocked the door and let me out. Now which one is the truth??

Thank you
Jim Pickard

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISON

Danny W. Pickard
Plaintiff

v.                                    3:07-CV-270-MHT

Sgt Moore et, al.
Defendants

Certificate of Service

Defendants Served, Attorneys Webb & Eley P.C.

Danny Pickard
Russell Co. Jail
Box 640
Phenix City Ala.
36868

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Ala. 36101-0711

36101+0711

MONTGOMERY AL 361
25 JUN 2007 PM
USA 41