IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DANNY W. PICKARD, #245 939        *

    Plaintiff,                               *

        v.                                       *        3:07-CV-270-MHT

SGT. MOORE, *et al.*,                        *

    Defendants.                            *

_____

**ORDER**

On June 26, 2007 Plaintiff filed a pleading which he captioned *Amendment to Complaint*. (Doc. No. 13.) The court has carefully reviewed the pleading and finds that it is more appropriately considered a supplement to Plaintiff's June 26, 2007 response to Defendants' written report. (*See* Doc. No. 12.)

Accordingly, it is

ORDERED that Plaintiff's June 26, 2007 pleading (Doc. No. 13) is construed as a supplement to his response to Defendants' written report and shall be considered in such context as well as considered filed in accordance with the provisions of the court's June 8, 2007 order. (*See* Doc. No. 10.) If Plaintiff objects to the court's construction of his June 26, 2007 pleading as described herein, he shall so advise the court on or before July 6, 2007 and specifically state the grounds for his objection.

Done, this 28th day of June 2007.

                                      /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE