In the United States district ct.
For the middle district of Alabama
Eastern Davision

Danny W. Rickard #245939
  Plaintiff
    v
Sgt Pierce Moore, et al.,
  Defendants

Civil Action #
3:07-CV00270-MTH-WC

## Amendment To Complaint

I am entering 2 names that have an on going law suit, that is exactly like Mine. Aginst the same place and people and there usual tactics of beating there inmates, mistreating them. Locking them down for days, with no mat or bed to sleep on. Slamming there doors on the hands of one inmate breaking his fingers. Mainly Sgt Pierce Moore & Yo Wurst, but I'd like to add Sgt Bussey for condoning such action & covering it up. More than three accounts of these beatings, with three diffrent people.

CIVIL ACTION # 307-CV-00270-MHT-WC

in three diffrent situtations at the Russell Co. Jail.

This should remove any doubt of who is telling the truth and that there is signficient evidense that this Jail & its authorities should be further investigated and removed from duty until a full investigation is completed and Moore, Wurst & Sgt Bussey are dismissed! If this isnt taken serious soon' Some one is going to be D.O.A. at the hospital, then its gona be to late!!

New Calbrating Wittness
William Wells
Add. Inmate Russell Co. Jail
Ph # 334-214-4725

Mike Turpin
Add. Inmate Russell Co Jail

Case No. 307-CV00270-MTH-WC.

#II  I have a refusal to which I tried to go thru the chain of command here at the Superior Court and was politely turned down. This however shows that I did go from a many request forms to a five page grievance, to asking the lower courts here for help, but to no avail until I reached your courts.

Thank you.
9/29/07

Danny W. Pickard #245939
Russell Co. Jail

IN The United States district Court
For the middle district of ALA.
Eastern Davison

Danny W. Pickard, #245 939
Plaintiff,
V
SGT. Moore, et al.,
                                    } 3:07-CV 270-MHT

Certificate of service

Gosnell, Scott
Lead Attorney
for
Defendants

Webb & Eley

```
STATE OF ALABAMA          )     IN THE CIRCUIT COURT OF
         PLAINTIFF,       )     RUSSELL COUNTY, ALABAMA
                          )
VS.                       )     CASE NO.: DC-07-185-188
                          )
DANNY W. PICKARD          )
                          )
         DEFENDANT.       )
```

ORDER

The defendant having filed a written request for assistance in obtaining Federal Court Forms and the Court taking said request into consideration is unable to supply the defendant with Federal Court legal forms.

DONE this the 16th day of March 2007.


JUDGE, CIRCUIT COURT

FILED IN OFFICE
2007 MAR 16 PM 2:54



Danny Pickard
AIS 245939
Russell County Jail
P O Box 640
Phenix City, AL 36868

Office of the Clerk
United States District Ct.
P.O. Box 711
Montgomery Ala. 36101

Montgomery AL
01 OCT 2007 PM
USA 41