IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DANNY W. PICKARD, #245 939            *

    Plaintiff,                                  *

        v.                                         *          3:07-CV-270-MHT

SGT. MOORE, *et al.*,                           *

    Defendants.                               *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's October 2, 2007 pleading, construed as a Motion to Amend Complaint to Name Additional Defendants, and for good cause, it is

ORDERED that the motion (Doc. No. 16) be and is hereby DENIED as untimely.[1]

Done, this 4th day of October 2007.

                                       /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The court's March 30, 2007 order of procedure instructed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Proposed amendments or motions to amend filed after this date will be considered untimely." (Doc. No. 4, pg. 4 ¶ (6)(f).)