```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001567
Cashier ID: brobinso
Transaction Date: 12/13/2007
Payer Name: RUSSELL COUNTY SHERIFFS DEPT
------------------------------------
PLRA CIVIL FILING FEE
 For: DANNY PICKARD
 Case/Party: D-ALM-3-07-CV-000270-001
 Amount:         $10.00
------------------------------------
CHECK
 Check/Money Order Num: 017996
 Amt Tendered: $10.00
------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```