Danny W. Pickard # 256041
Plaintiff
V                                            307-cv-270-MHT
Sgt. Moore
Defendents

Notice of change of address
Danny Pickard #AIS 256041
P.O. Box 150
Mt. Meigs AL.
    36057        Bilby Corr. Sys.

Danny W. Pickard
Plaintiff
v
Sgt Moore
Defendents

3:07-CV-270-MHT

2008 JAN -3 A 9:31
U.S. DISTRICT OF
MIDDLE DISTRICT AL

Notice of Service



Danny Pickard 256041
P/O Box 150
mount MEIGS AL.
36057



USA 41

Office of the CLERK
United States District Court
P.O BOX 711
monT. ALA. 36101