IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

RECEIVED

DANNY W. PICKARD AIS #256041 )

2008 FEB -6 A 9:35

PLAINTIFF,

DEBRA P. HACKETT, CLK

U.S. DISTRICT COURT

MIDDLE DISTRICT ALA

SGT. PIERCE MOORE et. al.,

NURSE TINA RILEY

DEFENDANTS

CIVIL ACTION No.

3:07-CV-00270-

MHT-WC

"NOTICE OF CHANGE OF ADDRESS"

( IN ACCORDANCE WITH FEDERAL

RULES OF CIVIL PROCEDURE 7(b)(2)

AND 10(a).,)

COME NOW, THE PLAINTIFF, DANNY W.
PICKARD AIS #256041    DOES HEREBY
INFORM THIS HONORABLE COURT THAT HE
HAS BEEN TRANSFERRED FROM KILBY CORR.
FACILITY.
AND HIS CURRENT PLACEMENT AND
CORRECT ADDRESS IS BULLOCK
COUNTY CORRECTIONAL FACILITY
P.O. BOX 5107
UNION SPRINGS, ALABAMA  36089

Page Two

RESPECTFULLY SUBMITTED,

Danny W. Pickard

Bullock County Corr. Fac.

P.O. Box 5107

Union Springs, Alabama

36089


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 4th DAY
OF FEBRUARY, 2008. I MAILED SAID MOTION
TO THE CLERK OF COURT AND SAME TO
HON. ATTORNEY AT LAW

SCOTT W. GOSNELL
WEBB & ELEY, P.C.
7475 HALCYON POINTE DRIVE
P.O. BOX 240909
MONT, ALABAMA 36124

Page Two

RESPECTFULLY SUBMITTED THIS 4th DAY OF FEBRUARY, 2008.

SWORN TO UNDER PENALTY OF PERJURY THE ABOVE STYLED CAUSE IS TRUE AND CORRECT..

TOTAL OF TWO PAGES.

RESPECTFULLY,

D.W. Richard

Bullock C.F. P.O. Box 5107 Union Springs, AL 36089

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 4th DAY OF FEBRUARY, 2008. I FILED NOTICE OF CHAGE OF ADDRESS TO CLERK OF COURT AND WILL SEND SAME NOTICE ON THIS 4th DAY OF FEBRUARY, 2008. TO THE FOLLOWING.

SCOTT W. GOSNELL ATTORNEY FOR DEFENDANTS WEBB & ELEY, P.C.
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124

UNITED STATES POSTAGE

$ 00.41⁰

02 1M
0004219410        FEB 05 2006

MAILED FROM ZIP CODE 36089

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONT, ALABAMA
36101-0711

DANNY W. PICKARD AIS # 256041
Bullock County Correctional Facility
P.O. Box 5107
UNION SPRINGS, ALABAMA 36089

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004219410     FEB 05 2008
$ 00.41⁰
MAILED FROM ZIP CODE 36089

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONT, ALABAMA
36101-0711

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Correction is not responsible
for the substance or content of the enclosed
communication."

36101+0711