IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA..
EASTERN DIVISION

RECEIVED
2008 FEB -6 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DANNY PICKARD AIS# 256041          | CIVIL ACTION NO.
PLAINTIFF,                         | 3:07-CV-00270-
V.                                 | MHT-WC
SGT. PIERCE MOORE, et. al.,        |
DEFENDANTS

MOTION TO CLARIFY PROPER PRISON
IDENTIFICATION NUMBER..
(ALABAMA DEPT. OF CORRECTIONS)
AIS. NO. 256041

COMES NOW, THE PLAINTIFF, DANNY W. PICKARD
MOVES THIS HONORABLE COURT ON CORRECTION
OF AIS NUMBER. PLAINTIFF'S PREVIOUS NUMBER
245939 WAS ISSUED FOR RUSSELL COUNTY JAIL.
COMPLICATIONS HAVE OCCURRED WITH PRISON
OFFICIALS APPROVING MR. PICKARD'S LEGAL
MAIL, DUE TO WRONG NUMBER STILL BEING
USED..
PLAINTIFF RESPECTFULLY REQUEST THAT
CORRECT NUMBER BE USED ON HIS LEGAL
MAIL..
RESPECTFULLY SUBMITTED THIS 4th DAY OF FEBRUARY,
2008.