IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| DANNY W. PICKARD, #256 041 | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-270-MHT |
| SGT. MOORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Clarify Proper Prison Identification Number, and for good cause, it is

ORDERED that the motion (*Doc. No. 23*) be and is hereby GRANTED and the correct inmate identification for Plaintiff is duly noted for the record.

Done, this 7th day of February 2008.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE