# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DANNY W. PICKARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-00270-MHT-WC |
| | ) |
| **SGT. MOORE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and enters his Notice of Appearance as counsel of record for Russell County Detention Center, Pierce Moore and Tina Riley, Defendants in the above-styled cause.

Respectfully submitted this the 13th day of February, 2008.

                                                             **s/Joseph L. Hubbard, Jr.**
                                                             JOSEPH L. HUBBARD, JR. (HUB015)
                                                             Attorney for Defendants
                                                             Russell County Detention Center, Pierce
                                                             Moore and Tina Riley

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Danny Pickard
AIS #256041
Bullock County Correctional Facility
Post Office Box 5107
Union Springs, Alabama  36089

                                               **s/Joseph L. Hubbard, Jr.**
                                               F COUNSEL