IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DANNY W. PICKARD, #256 041         *

    Plaintiff,                              *

        v.                                       *        3:07-CV-270-MHT

SGT. MOORE, *et al.*,                      *

    Defendants.                          *

_____

**ORDER ON MOTION**

Counsel for Defendant Clark has filed a Motion to Withdraw. Upon consideration of the motion, and notice of appearance having been filed by new counsel for Defendant Clark, it is

ORDERED that the motion (*Doc. No. 37*) be and is hereby GRANTED.

Done, this 14th day of February 2008.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE