**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANNY W. PICKARD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 3:07-cv-00270-MHT-WC** |
| | ) |
| **SGT. MOORE,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

<u>**NOTICE OF APPEARANCE**</u>

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                        **s/Jamie K. Hill**
                                        Jamie K. Hill Bar No. HIL060
                                        Attorneys for Defendants
                                        WEBB & ELEY, P.C.
                                        7475 Halcyon Pointe Drive (36117)
                                        Post Office Box 240909
                                        Montgomery, Alabama 36124
                                        Telephone: (334) 262-1850
                                        Fax: (334) 262-1889
                                        E-mail: jhill@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Danny Pickard
AIS #256041
Bullock County Correctional Facility
Post Office Box 5107
Union Springs, Alabama  36089

                                        **s/Jamie K. Hill**
                                        OF COUNSEL