**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANNY W. PICKARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 3:07-cv-00270-MHT-WC** |
| | ) |
| **SGT. MOORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO WITHDRAW**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves

this Court for permission to withdraw from the representation of Russell County Detention

Center, Pierce Moore and Tina Riley, Defendants in the above-styled cause.  As grounds for this

Motion, the undersigned states that he will no longer be employed with the firm of Webb &

Eley, P.C.  Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of

Appearance for said Defendants contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that

releases him from representation of Defendants.

Respectfully submitted this the 30th day of May, 2008.

> **s/Joseph L. Hubbard, Jr.**
> JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
> WEBB & ELEY, P.C.
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of May, 2008, 2008, I have electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Danny Pickard
AIS #256041
Bullock County Correctional Facility
Post Office Box 5107
Union Springs, Alabama  36089

                                        **s/Joseph L. Hubbard, Jr.**
                                        OF COUNSEL