IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DANNY W. PICKARD, #256 041          *

    Plaintiff,          *

      v.          *          3:07-CV-270-MHT

SGT. MOORE, *et al.*,          *

    Defendants.          *

_____

**ORDER ON MOTION**

Counsel for Defendants has filed a motion to withdraw. Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for Defendants on May 30, 2008 (*see Doc. No. 28*), it is

ORDERED that the motion to withdraw (*Doc. No. 29*) be and is hereby GRANTED.

Done, this 2nd day of June 2008.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE