**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANNY W. PICKARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 3:07-cv-00270-MHT-WC** |
| | ) |
| **SGT. MOORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW William J. N. Coxwell, of the law firm of Webb & Eley, P.C., and files his notice of appearance as additional counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 16th day of July, 2008.

        **s/William J. N. Coxwell**
        WILLIAM J. N. COXWELL, Bar No. COX029
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: wcoxwell@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 16th day of July, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Danny Pickard
AIS #256041
Bullock County Correctional Facility
Post Office Box 5107
Union Springs, Alabama  36089

                                                   **s/ William J. N. Coxwell**
                                                   OF COUNSEL