**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **DANNY W. PICKARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-00270-MHT-WC |
| | ) |
| **SGT. MOORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as additional counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of September, 2008.

          **s/Joseph L. Hubbard**
          JOSEPH L. HUBBARD, JR., Bar No. HUB015
          Attorney for Defendants
          WEBB & ELEY, P.C.
          7475 Halcyon Pointe Drive (36117)
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: jhubbard@webbeley.com

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on this the 3rd day of September, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Danny Pickard
AIS #256041
Bullock County Correctional Facility
Post Office Box 5107
Union Springs, Alabama  36089

                **s/Joseph L. Hubbard**
                OF COUNSEL