IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY W. PICKARD, #256041, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07-cv-270-MHT |
| | ) | (WO) |
| SGT. MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The magistrate judge entered a recommendation (doc. #34) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1)   The recommendation (doc. #34) of the magistrate judge is adopted.

(2)   Plaintiff's complaint under 42 U.S.C. § 1983 is dismissed without prejudice due to plaintiff's failure to comply with the orders of this court and to otherwise prosecute this action.

An appropriate judgment will be entered.

DONE, this the 13th day of August, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE