IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY W. PICKARD, #256041, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07-cv-270-MHT |
| | ) | (WO) |
| SGT. MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of August, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE